**UNDER SEAL**

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.:3:25-CR-53-KDB |
| | ) | |
| V. | ) | MOTION TO SEAL |
| | ) | INDICTMENT |
| | ) | |
| LEONARD MONDRAGON-ZUNIGA | ) | |
| | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Indictment, this Motion and any order issued pursuant to this be sealed immediately, and that same remain sealed until further order of this Court.

This the 18th day of March 2025.

RUSS FERGUSON
UNITED STATES ATTORNEY

BRIAN KENNEY
ASSISTANT UNITED STATES ATTORNEY