IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-CR-053-KDB-DCK *SEALED*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **WRIT OF HABEAS CORPUS** |
| ) | **AD PROSEQUENDUM** |
| v. ) | |
| ) | |
| LEONARD MONDRAGON-ZUNIGA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

TO: The Director, Bureau of Prisons, Washington, D.C.
TO: U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina
TO: Chief Jailer, Mecklenburg County Jail, 700 E. 4th Street, Charlotte, NC 28202

**IT IS ORDERED** that you have the body of Leonard Mondragon-Zuniga, PID# 512008, H/M, DOB 10/9/1999, detained in your facility, under safe and secure conduct, brought before the Honorable __David Keesler__, United States Magistrate Judge, Western District of North Carolina, in the City of Charlotte, North Carolina, FORTHWITH, for proceedings on or before __9/2/2025__ at __10:00__ am, to make an appearance before the Court on charges now pending against the Defendant, as well as any other related federal charges that may be filed.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall return Defendant to the Mecklenburg County Jail, under safe and secure conduct, after the disposition of the above-captioned case as well as any other related federal charges that may be filed against the Defendant.

**SO ORDERED.**

Signed: August 14, 2025

_____
The Honorable David C. Keesler
United States Magistrate Judge