ORIGIN ID:QWGA (704) 344-6222
SETH JOHNSON
US ATTORNEY'S OFFICE - NCW
227 WEST TRADE STREET,
SUITE 1650
CHARLOTTE, NC 28202
UNITED STATES US

SHIP DATE: 18AUG26
ACTWGT: 0.50 LB
CAD: 253420312/INET4535

BILL SENDER

TO **LEROY BARNETT**
[redacted]
**GASTONIA NC 28052**
(999) 999-9999 REF: 3:25CR53
INV:
PO: DEPT:

58KJ6/C457/484B

J261026012001uv

FedEx Express

E

**THU - 20 AUG 5:00P**
**** 2DAY ****

TRK# 0201 **8759 3244 7915**

**28052**
**NC-US CLT**

**4Z CHALG**



---

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

FedEx

August 20, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 875932447915

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | S.IGNATURE NOT REQ | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday | | GASTONIA, NC, |
| | | **Delivery date:** | Aug 19, 2026 12:34 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 875932447915 | **Ship Date:** | Aug 18, 2026 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**

GASTONIA, NC, US,

**Shipper:**

CHARLOTTE, NC, US,

**Reference** 3:25CR53

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx